IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MARGIE FLORENCE BARROW,      )
                             )
          Plaintiff,         )
                             )
v.                           )      CASE NO. 2:11-cv-007-MEF
                             )
MR. PATEL, *et al.*,         )
                             )
          Defendant.         )

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the court that:

1.  The plaintiff's objection (Doc. #10) to the Recommendation of the Magistrate

Judge filed on February 15, 2010 is overruled;

2.  The Recommendation of the Magistrate Judge (Doc. #9) filed on February 1, 2010

is adopted;

3.  The plaintiff's state law claims are DISMISSED without prejudice and this case

is DISMISSED pursuant to Fed.R.Civ.P. 12(b)(1) and 12(h)(3).

DONE this the 16th day of February, 2011.

                    _____
                         /s/ Mark E. Fuller
                    CHIEF UNITED STATES DISTRICT JUDGE